JESS O.F. NEGRETE, #194208
CENTRAL CALIFORNIA LEGAL SERVICES, INC.
1999 TUOLUMNE STREET, SUITE 700
FRESNO, CA 93721
TELEPHONE: (559) 570-1213
FACSIMILE: (559) 570-1254

Attorneys for Plaintiff, CAROL SAYRE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL SAYRE, | NO: 1:06-CV-01269-OWW-LJO |
| Plaintiff, | PROPOSED ORDER |
| vs. | |
| MARIA FIAHLO, RACHEL McNAMURA, HARLAN ANDERSON, and REALTY WORLD, and DOES 1-15, inclusive, | |
| Defendants. | |

Good cause appearing therefore, the above entitled action is hereby dismissed with prejudice in accordance with the terms of the Settlement Agreement between the parties.

Dated: May 21, 2008

/s/ OLIVER W. WANGER
OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE